WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

and

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. successor to JPMorgan Chase Bank N.A.
09-74571 / 1115032100

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEVADA

| In Re: | 09-52021-gwz |
|---|---|
| Philip Kyle Cirves and Barbara Lynne Cirves | Motion No. 38<br>Date: 1/8/2010<br>Time: 1:30 p.m. |
| Debtors. | Chapter 13 |

### WITHDRAWAL OF MOTION FOR RELIEF FROM STAY

Notice is hereby given that the Motion for Relief from the Automatic Stay of Secured Creditor

The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust

///

///

///

Company, N.A. successor to JPMorgan Chase Bank N.A. filed on the 9th day of December, 2009 is hereby withdrawn.

DATED this 23 day of MARCH, 2010.

WILDE & ASSOCIATES

By *K. Scott* #10235
**GREGORY L. WILDE, ESQ.**
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

```
 1  WILDE & ASSOCIATES
    Gregory L. Wilde, Esq.
 2  Nevada Bar No. 004417
    208 South Jones Boulevard
 3  Las Vegas, Nevada 89107
    Telephone: 702 258-8200
 4  Fax: 702 258-8787
 5
    and
 6
    MARK S. BOSCO, ESQ.
 7  Arizona Bar No. 010167
    TIFFANY & BOSCO, P.A.
 8  2525 East Camelback Road, Suite 300
    Phoenix, Arizona 85016
 9  Telephone: (602) 255-6000
10
11  The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust
    Company, N.A. successor to JPMorgan Chase Bank N.A.
12  09-74571 / 1115032100
13
                        UNITED STATES BANKRUPTCY COURT
14
                           SOUTHERN DISTRICT OF NEVADA
15
```

|  |  |
|---|---|
| In Re: | 09-52021-gwz |
| Philip Kyle Cirves and Barbara Lynne Cirves | Motion no. 38<br>Date: 1/8/2010<br>Time: 1:30 p.m. |
|  | Chapter 13 |
| Debtors. |  |

**CERTIFICATE OF MAILING OF WITHDRAWAL OF
MOTION FOR RELIEF FROM AUTOMATIC STAY**

1. On __3/23/10__ I served the following documents(s):

   WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY

2. I served the above-named document(s) by the following means to the persons as listed below:

   X   a. ECF System

Kevin A. Darby
4777 Caughlin Pkwy.
Reno, NV 89519
Attorney for Debtors

William Van Meter
P.O. Box 6630
Reno, NV 89513
Trustee

X  b. United States mail, postage fully prepaid:

Philip Kyle Cirves and Barbara Lynne Cirves
8030 Monterey Shores Drive
Reno, NV 89506
Debtors

America's Servicing Company
One Home Campus
MAC ID#X2302-045
Des Moines, IA 50328
Movant

☐  c. Personal Service (List persons and addresses. Attach additional paper if necessary)

I personally delivered the document(s) to the persons at these addresses:

☐   1.   For a party represented by an attorney, delivery was made by handing the document(s) to the attorney's office with a clerk or other person in charge, or if no one is charge by leaving the document(s) in a conspicuous place in the office.

N/A

☐   2.   For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.
N/A

☐  d. By direct mail (as opposed to through the ECF System)

*(List persons and email addresses. Attach additional paper if necessary)*

Based upon the written assignment of the parties to accept service by email or a court order. I caused the document(s) to be sent to the persons at the mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e. By fax transmission** *(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written assignment of the parties to accept service by fax transmission or a court order. I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f. By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service).*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on : _3/23/10_

_[signature]_
An employee of Wilde & Associates